**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA,**

    **Plaintiff,**

v.                                                       **Case No.  8:08-cv-225-T-30MSS**

**JOSEPH M. SCHOFIELD, JULIE M.**
**JAMES, K.M.S.,**

    **Defendants.**
_____/

**ORDER**

      THIS CAUSE comes before the Court upon the Report of Guardian ad Litem Michael C. Addison (Dkt. 40) and the proposed settlement as stated therein.  Upon review and consideration, it is ORDERED AND ADJUDGED that:

    1.    The Court approves of the terms and conditions of the Settlement Agreement as stated in the Report of Guardian ad Litem Michael C. Addison (Dkt. 40).

    2.    The Court retains jurisdiction for a period of sixty (60) days from the date of this Order to enforce the terms of the Settlement Agreement.

    3.    Pursuant to Local Rule 3.08(b) of the M.D.Fla., this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the

action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice.

4. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on September 25, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-225.approve settlement.frm