UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.                                               Case No.  8:08-cv-225-T-30MSS

JOSEPH M. SCHOFIELD, JULIE M.
JAMES, and K.M.S.,

    Defendants.
_____/

## AMENDED ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Joint Motion for Extension of Time for Court to Retain Jurisdiction (Dkt. 42).  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.     The Joint Motion for Extension of Time for Court to Retain Jurisidiction (Dkt. 42) is **GRANTED**.

2.     The Court retains jurisdiction for an additional sixty (60) days, until January 23, 2009, to enforce the terms of the Settlement Agreement.

3.     Pursuant to Local Rule 3.08(b) of the M.D.Fla., this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties to submit a stipulated form of final order or judgment should they so choose or for any

party to move to reopen the action, upon good cause shown until January 23, 2009.  After that time, however, dismissal shall be with prejudice.

4. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2008\08-cv-225.amended dismissal.wpd